RNN/m

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: **00-6366 CR-DIMITROULEAS**

18 U.S.C. § 911
18 U.S.C. § 1001
18 U.S.C. § 1028(a)(4)
18 U.S.C. § 1028(a)(6)

**MAGISTRATE JUDGE SNOW**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) |
| MOHAMMED BRAISH, | ) |
| Defendant. | ) |

FILED by D.C.
DEC 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about December 3, 2000, at Broward County, in the Southern District of Florida,

the defendant,

### MOHAMMED BRAISH,

an alien, did falsely, knowingly and willfully represent himself to be a citizen of the United

States, in violation of Title 18, United States Code, Section 911.

### COUNT 2

On or about December 3, 2000, at Broward County, in the Southern District of Florida,

the defendant,



MOHAMMED BRAISH,

in a matter within the jurisdiction of the Immigration and Naturalization Service, an agency of the United States, did knowingly and willfully use a material false writing and document by presenting to the Immigration and Naturalization Service a false New York birth certificate, knowing the same to be false; that is, the defendant was not born in the State of New York as represented in the document, in violation of Title 18, United States Code, Section 1001.

### COUNT 3

On or about December 3, 2000, at Broward County, in the Southern District of Florida, the defendant,

MOHAMMED BRAISH,

in a matter within the jurisdiction of the Immigration and Naturalization Service, an agency of the United States, did knowingly and willfully use a material false writing and document by presenting to the Immigration and Naturalization Service a false New York driver license, knowing the same to be false; that is, the defendant had not been issued a New York driver license as represented in the document, in violation of Title 18, United States Code, Section 1001.

### COUNT 4

On or about December 3, 2000, at Broward County, in the Southern District of Florida, the defendant,

MOHAMMED BRAISH,

did knowingly possess a false identification document, that is, a false New York birth certificate, with the intent that such document be used to defraud the United States, that is, to secure entry into the United States, in violation Title 18, United States Code, Section 1028(a)(4).

## COUNT 5

On or about December 3, 2000, at Broward County, in the Southern District of Florida, the defendant,

### MOHAMMED BRAISH,

did knowingly possess a false identification document, that is, a false New York driver license, with the intent that such document be used to defraud the United States, that is, to secure entry into the United States, in violation Title 18, United States Code, Section 1028(a)(4).

## COUNT 6

On or about December 3, 2000, at Broward County, in the Southern District of Florida, the defendant,

### MOHAMMED BRAISH,

did knowingly possess an identification document that appeared to be an identification document of the United States, that is, a Federal Bureau of Prisons employee identification card, which document was produced without lawful authority, and knowing that such document was produced without such authority, in violation of Title 18, United States Code, Section 1028(a)(6).

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

ROBERT N. NICHOLSON
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| MOHAMMED BRAISH | **Superseding Case Information**: |

**Court Division**: (Select One)

New Defendant(s)   Yes ___   No ___
Number of New Defendants ___
Total number of counts ___

___ Miami   ___ Key West
X   FTL   ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) YES
   List language and/or dialect   Arabic

4. This case will take  2-3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                               (Check only one)

   | I   | 0 to 5 days      | X   | Petty    |     |
   |-----|------------------|-----|----------|-----|
   | II  | 6 to 10 days     |     | Minor    |     |
   | III | 11 to 20 days    |     | Misdem.  |     |
   | IV  | 21 to 60 days    |     | Felony   | X   |
   | V   | 61 days and over |     |          |     |

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) Yes
   If yes:
   Magistrate Case No.   00-4301-SNOW
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of 12/15/00
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _____ NO _____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  X  No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes X ___ No

ROBERT N. NICHOLSON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 933991

*Penalty Sheet(s) attached

REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**PENALTY SHEET**

Defendant's Name: __MOHAMMED BRAISH__   No.:_____

**Count #:1**
False Claim of United States Citizenship

Title 18, United States Code, Section 911

*Max. Penalty: 3 Years' Imprisonment; and a $250,000 fine

**Count #: 2 and 3**
Using False Documents Before the Immigration and Naturalization Service

Title 18, United States Code, Section 1001

*Max. Penalty: Penalty: 5 Years' Imprisonment; and a $250,000 fine

**Count #: 4 and 5**
Possession of False Identification Document With Intent to Defraud the United States

Title 18, United States Code, Section 1028(a)(4)

*Max. Penalty: Penalty: 1 Year Imprisonment; and a $100,000 fine

**Count #: 6**
Possession of False United States Identification Document

Title 18, United States Code, Section 1028(a)(6)

*Max. Penalty: Penalty: 1 Year Imprisonment; and a $100,000 fine

**Count #:**


*Max. Penalty:

**Count #:**


*Max. Penalty:

1 of 1
***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
**Southern** District of **Florida**
Central Criminal Division

No.

## THE UNITED STATES OF AMERICA

vs.

MOHAMMED BRAISH

### INDICTMENT

18 USC §§ 911
18 USC § 21001
18 USC § 1028(a)(4)
18 USC § 1028(a)(6)

A true bill.

_____
Foreperson

Filed in open court this _____ day;

of _____ A.D. 19 ____

Bail, $ _____

_____
Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-4301-LSS

UNITED STATES OF AMERICA,
Plaintiff,

vs.

Mohammed Braish
Defendant.



## ORDER ON PARTIAL INDIGENCY FOR APPOINTMENT OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS

This Cause having come before the Court on request of the Defendant for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. Section 3006A, and the Court having found after hearing that private funds are available for payment by the Defendant for partial reimbursement for the cost of such services, it is hereby,

**ORDERED AND ADJUDGED** that the above named Defendant shall pay the sum of $500.00 on or before 2/16/01 to the Clerk of Court for deposit in the Treasury as reimbursement to the appropriation current at the time of payment, pursuant to 18 U.S.C. 3006A(f). Unless such payment is made on or before the above stated date the Court may terminate the appointment of counsel as the interest of justice may dictate. 18 U.S.C. Section 3006A(c). It is further **ORDERED** that a status conference on reimbursement will be held on 2/27/01 at 10:00 a.m./p.m.

**DONE AND ORDERED** at Miami, Florida, this 18th day of Dec., 2001.

TAPE NO. 00D-123-2000

c:AUSA
  Defense Counsel
  Financial Section
  Pretrial Services
  U.S. Marshal

UNITED STATES MAGISTRATE JUDGE
STEPHEN T. BROWN

\* Arabic interp reqd.

CASE NUMBER  00-4301-SNOW

INTERPRETER REQUIRED IN CASE

FOREIGN LANGUAGE  Arabic

DEFENDANT(S)  MOHAMMED BRAISH

c: COURT INTERPERTER SUPERVISOR



koia.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. __00-4301-SNOW__

UNITED STATES OF AMERICA

            Plaintiff,

v.

MOHAMMED BRAISH
        Defendant.
_____/

**ORDER ON INITIAL APPEARANCE**
Language __Arabic__
Tape No. 00D - __123 - 2000__
AUSA __Mike Mullaney__
Agent _____

DOB: 1-1-78
Reg # 66735-004

The above-named defendant having been arrested on _____ having appeared before the court for initial appearance on __12-18-00__ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon
**ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address:_____
   Zip Code:_____ Telephone: _____

2. __FPD - Michael Caruso__ appointed as permanent counsel of record.
   Address:_____
   Zip Code:_____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on __9:30 a.m__, 2000 Lavhed.

4. Arraignment/Preliminary/Removal/Identity hearing is set for ~~10am~~ __1/3__ in __FT__, 2000.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because __at Gout's request__ _____ __9:30__ in __FT__
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for ~~10am~~ __12/21__, 2000.

6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:

---

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

__ a. Surrender all passports and travel document to the Pretrial Services Office.
__ b. Report to Pretrial Services as follows:__ times a week by phone, __time a week in person;

other: _____

c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
__ d. Maintain or actively seek full time gainful employment.

Page 1 of 2

MOHAMMED BRAISH

___ e. Maintain or begin an educational program.
___ f. Avoid all contact with victims of or witnesses to the crimes charged.
___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___ h. Comply with the following curfew: _____
___ i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___ j. Comply with the following additional special conditions of this bond:

_____

This bond was set: At Arrest _____
                   On Warrant _____
                   After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ___

_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Miami, Florida, this 18th day of DECEMBER 000.

UNITED STATES MAGISTRATE JUDGE
STEPHEN T. BROWN

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation

Page 2 of 2



**United States District Court**
**Southern District Of Florida**
**Miami, Florida**

| To: Ft. Lauderdale | From: Maedon |
| Company: Mag Section | Date: |
| Department: | Department: Magistrate Section |
| Fax #: (954) 356-7907 | Fax #: (305) 523-5289 |
| Telephone #: (954) 769-5429 | Telephone #: (305) 523-5280 |
| Number of Pages including cover: 5 | |

Message: Paperwork on Mohammed Braick. -00-4301- SNOW - Arabic Interpreter needed. You need to order.

**301 North Miami Avenue**
**Magistrate Section, Room #392**
**Miami, Florida 33128-7788**

# United States District Court

SOUTHERN                 DISTRICT OF          FLORIDA    529 428

UNITED STATES OF AMERICA

V.

MOHAMMED BRAISH

## WARRANT FOR ARREST

**CASE NUMBER:** 00-4301-SNOW

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ MOHAMMED BRAISH _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

did falsely represent himself to be a citizen of the United States; did, in an matter within the jurisdiction of the Immigration and Naturalization Service, knowingly and willfully use a false document knowing same to contain a materially false statement and entry, that is: a counterfeit New York birth certificate; did knowingly possess a false identification document, that is, a false New York drivers license, with intent that such document be used to defraud the United States, that is, to unlawfully secure entry into the United States; and did knowingly posses an identification document that appears to be an identification document of the United States which was produced without lawful authority, that is: a Federal Bureau of Prisons employee identification card, knowing that such document was produced without lawful authority;

in violation of Title __18__ United States Code, Section(s) __911, 1001, 1028(a)(4) and 1028(a)(6)__

LURANA S. SNOW
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

*[signature]* Jenny Butler
Signature of Issuing Officer

Date
Fort Lauderdale, Florida
Date and Location

*[signature]* Lurana S. Snow

Bail fixed at $ _Detention Requested_   by  UNITED STATES MAGISTRATE JUDGE
LURANA S. SNOW
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____<br>Miami, FL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/14/00 | James A. Tassone<br>United States Marshal<br>Southern District of Florida | |
| DATE OF ARREST<br>12/15/00 | | Edward Purchase, SDUSM |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: ___MOHAMMED BRAISH_____

ALIAS: _____

LAST KNOWN RESIDENCE: __FDC-Miami_____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: ___5'5"_____ WEIGHT: _____150_____

SEX: _____Male_____ RACE: _____White_____

HAIR: ____Brown_____ EYES: _____Brown_____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: __INS - Miami_____
_____
_____

# United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

MOHAMMED BRAISH

## WARRANT FOR ARREST

**CASE NUMBER:** 00-4327-SNOW

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____MOHAMMED BRAISH_____

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

FILED by DEC 1 5 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

charging him or her with (brief description of offense)

did falsely represent himself to be a citizen of the United States; did, in an matter within the jurisdiction of the Immigration and Naturalization Service, knowingly and willfully use a false document knowing same to contain a materially false statement and entry, that is: a counterfeit New York birth certificate; did knowingly possess a false identification document, that is, a false New York drivers license, with intent that such document be used to defraud the United States, that is, to unlawfully secure entry into the United States; and did knowingly posses an identification document that appears to be an identification document of the United States which was produced without lawful authority, that is: a Federal Bureau of Prisons employee identification card, knowing that such document was produced without lawful authority;

in violation of Title __18__ United States Code, Section(s) __911, 1001, 1028(a)(4) and 1028(a)(6)__

LURANA S. SNOW
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

_Linny Butler_
Signature of Issuing Officer

Date
Fort Lauderdale, Florida
Date and Location

_Lurana S. Snow_

Bail fixed at $ _Detention Requested_   by   LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

2 pb

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

FILED by _____ D.C.
DEC 1 5 2000
CLARENCE MADDOX

UNITED STATES OF AMERICA

V.

MOHAMMED BRAISH

**CRIMINAL COMPLAINT**

CASE NUMBER: $00-4301-SNOW$

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about December 3, 2000 in Broward county, in the

_____ Southern _____ District of _____ Florida _____ defendant(s) did, (Track Statutory Language of Offense)

falsely represent himself to be a citizen of the United States; did, in a matter within the jurisdiction of the Immigration and Naturalization Service, knowingly and willfully use a false document knowing same to contain a materially false statement and entry, that is: a counterfeit New York birth certificate; did knowingly possess a false identification document, that is, a false New York drivers license, with intent that such document be used to defraud the United States, that is, to unlawfully secure entry into the United States; and did knowingly posses an identification document that appears to be an identification document of the United States which was produced without lawful authority, that is: a Federal Bureau of Prisons employee identification card, knowing that such document was produced without lawful authority;

in violation of Title 18 United States Code, Section(s) 911, 1001, 1028(a)(4) and 1028(a)(6) _____

I further state that I am a(n)    Special Agent, INS    and that this complaint is based on the following
                                  Official Title
facts:

Please see attached affidavit.

Continued on the attached and made a part hereof:    [x] Yes  [ ] No

_____
Signature of Complainant
Frank Parodi, Special Agent
Immigration and Naturalization Service

Sworn to before me, and subscribed in my presence,

December 14, 2000                                          at Ft. Lauderdale, Florida
Date                                                          City and State

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE                   _Lurana S. Snow_
Name and Title of Judicial Officer                  Signature of Judicial Officer

## AFFIDAVIT

I, FRANK PARODI, being duly sworn, depose and say:

I am employed as a Senior Special Agent with the United States Immigration and Naturalization Service (INS). I am currently assigned to the Miami Joint Terrorism Task Force and have been assigned there for one year and a half. I have been a Special Agent with the Investigations Branch for thirteen and a half years and was an Immigration Officer for fourteen years before that, for a total of twenty seven years of experience with INS. For the past thirteen and a half years as a Special Agent, I have conducted numerous investigations of violations of immigration laws pertaining to document fraud, alien smuggling, and terrorism. Many of those investigations culminated with arrests, convictions, and deportations.

As a Special Agent with the INS, your affiant is authorized to investigate violations of United States Code, Titles 8 and 18.

This affidavit is based upon the personal knowledge of this affiant, the review of evidence obtained during the course of this investigation and upon information provided by other law enforcement officers through the course of their employment in the matters presented therein.

On December 3, 2000, an individual who has identified himself as Mohammed Braish presented himself for inspection by INS inspectors at Ft. Lauderdale/Hollywood International Airport after deplaning from Air Jamaica flight #89 arriving from Kingston, Jamaica. Braish presented a New York State birth certificate and a New York State driver's license in support of his claim of United States citizenship. Braish prepared U.S. Customs declaration form 6059b prior to his INS inspection. In box number 7(a) "Country of Citizenship" he wrote "U.S.C" indicating that he was

1

a U.S. Citizen. The form was purportedly signed and dated on December 3, 2000. This document was presented to INS officers and was duly stamped on December 3, 2000. Braish was admitted to the United States based upon these documents and proceeded in the direction of the United States Customs Inspection Area. A short time later, Braish attempted to exit the inspection area through an alarmed emergency exit. Braish was located and redirected toward the United States Customs inspection station.

United States Customs' officials conducted a search of Braish's luggage and located a Jordanian passport, #H309492, and other identification documents indicating that Braish is a Jordanian citizen. Braish was escorted back to the INS inspection area for further inquiry.

After being returned to the INS inspection area, Braish was questioned under oath to determine his alienage. The interview was conducted through the use of an Arabic language interpreter because Braish claimed to not speak English. Braish stated under oath that he was born January 1, 1978, in Amman, Jordan, and that he was a Jordanian citizen and not a United States citizen. Braish further stated that he had acquired his Jordanian passport, New York birth certificate, and New York driver's license, number 086361871, from a woman in Jordan named Amal Habibi in exchange for $1,000. He stated that he still owes another $1,500 for the transaction, for a total of $2,500. Braish was also found to be in possession of a United States Federal Bureau of Prisons (BOP) Corrections Officer identification card (form BP-370) bearing #120501, as well as Social Security number 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. The Jordanian passport, New York driver's license, and BOP identification card all bear the same photograph of Braish, although it has been enlarged and cropped to appropriate sizes for each document.

Braish stated that he departed from Amman, Jordan, to Madrid, Spain, via Iberia Airlines on November 21, 2000, and remained in Madrid, Spain, for twenty-four hours before flying to Havana, Cuba, again aboard Iberia Airlines, on November 22, 2000. Braish stated that he transited to Kingston, Jamaica, arriving on November 23, 2000. Braish stated that he remained in Jamaica until December 23, 2000, when he traveled to Fort Lauderdale aboard Air Jamaica. This information was confirmed by airplane tickets and itineraries found in his possession. The Jordanian passport carried by Braish contained, on page eleven, a Jordanian exit stamp dated November 21, 2000. Page 8 contained a Jamaican entry stamp dated November 23, 2000. On page nine it contained a single entry visa purportedly issued by the Jamaican Consulate General in New York City on November 2, 2000. During his interview under oath, Braish stated that he had never made a prior entry into the United States.

The BOP identification card found in Braish's possession indicates that it was issued by A.M. Scarpone, Human Resources Manager, MDC Brooklyn. BOP officials have reported that, while A.M. Scarpone does sign these cards for MDC Brooklyn, card #120501 would not have been issued for that institution.

A records check with the New York State driver's license bureau revealed that New York State driver's license number 086361871 has not been issued.

A computerized public records check of social security number 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 revealed that the number was not associated with Braish.

Based upon the foregoing, your affiant believes there is probable cause to believe that Mohammed Braish has committed violations of 18 U.S.C. §911, False Claim of United States

3

Citizenship, 18 U.S.C. §1001, False Statements, and 18 U.S.C. §1028, Possession of False and

Fraudulent Identification Documents.

FRANK PARODI, Senior Special Agent
Immigration Naturalization Service

Sworn to before me, and subscribed before
me this 15th day of December, 2000.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

4