# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEC 21 2000

**DEFT:** MOHAMMED BRAISH (J)    **CASE NO:** 00-6366-CR-DIMITROULEAS

**AUSA:** Robert Nicholson by Roger Stefin    **ATTNY:** FPD Daryl Wilcox

**AGENT:**    **VIOL:**

**PROCEEDING:** Pretrial Detention Hearing    **BOND REC:**

**BOND HEARING HELD** - yes / (no)    **COUNSEL APPOINTED:**

✓ **BOND SET** @ $500,000.00 Corporate Surety w/ Nebbia

**CO-SIGNATURES:** requirement.

**SPECIAL CONDITIONS:**

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House ___ Electronic Monitoring

Both sides reserve their rights to proceed w/a detention hearing in the future.

(Circle One)
Interpreter Requested
No Interpreter
Not Known
ARABIC
(Specify Language)

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

**NEXT COURT APPEARANCE:**    **DATE:**    **TIME:**    **JUDGE:**

**INQUIRY RE COUNSEL:**

**PTD/BOND HEARING:**

**PRELIM/ARRAIGN. OR REMOVAL:**

**STATUS CONFERENCE:** 1/5/01    11:00    Snow

**DATE:** DECEMBER 21, 2000    **TIME:** 9:00    **TAPE #** 00-99    **PG #** 2808