-cr-06366-WPD    Document 15    Entered on FLSD Docket 01/08/2001    F

FILED
JAN 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __MANUEL JORGE_____ CASE NO: __97-6071-CR-ZLOCH__
AUSA __JEFFREY KAY__ / Nicholson  ATTY  FPD __Bindle for Swager__
_to be a plea_                              cr-006
                                            e V76

DEFT __ROCHNEY TELFORT_____ CASE NO: __00-6352-CR-OCH__
AUSA __ROBERT NICHOLSON__ pro    ATTY  FPD __Bindle for Weber__
_disc out_                                  
_to be a plea_                              e 690

DEFT __MOHAMMED BRAISH_____ CASE NO: __00-6366-CR-DIMITROULEAS__ ✓
AUSA __ROBERT NICHOLSON__ pro    ATTY  FPD - __Bindle for Swager__
_disc out - not ___                         e 699
_govt ready - trial out cnt - 1-19_
DEFT_____ CASE NO: _____
AUSA_____ ATTY_____

DEFT_____ CASE NO: _____
AUSA_____ ATTY_____


DEFT_____ CASE NO: _____
AUSA_____ ATTY_____


DATE __1-5-01_____ TIME __11:00_____