UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6366-CR-DIMITROULEAS

UNITED STATES OF AMERICA,       :

    Plaintiff,              :

v.                              :

MOHAMMED BRAISH,                :

    Defendant.              :
_____



**STATUS REPORT**

A status conference was held in this cause on January 5, 2001. At that conference, the parties informed the Court as follows:

    1. Discovery was mailed on January 4, 2001.

    2. Counsel for the defendant shall have until January 19, 2001, within which to file pretrial motions.

DATED at Fort Lauderdale, Florida, this 9th day of January, 2001.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Robert Nicholson (FTL)
AFPD Sam Smargon (FTL)

