**CRIMINAL MINUTES**

FILED by _____ D.C.
JAN 19 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6366-CR-WPD     DATE: January 19, 2001

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: Arabic

UNITED STATES OF AMERICA  VS.  Mohammed Breish

U.S. ATTORNEY: Robert Nicholson     DEFT. COUNSEL: Ron Lowy

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft to plead Guilty to Count 1. Gov agrees to dismiss remaining counts @ time of sentencing. Court accepts Guilty plea.

CASE CONTINUED TO: 3/30/01     TIME: 11/30     FOR: Sentencing

MISC: No written plea agreement.