UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6366-CR-DIMITROULEAS
Magistrate Judge Brown

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MOHAMMED BRAISH,

    Defendant.

_____/

## MOTION TO CONTINUE CJA PAYMENT HEARING

Mohammad Braish ("Braish"), by counsel, hereby files this Motion to Continue CJA Payment Hearing for the following reasons:

On December 18, 2000, at the initial appearance, Braish was ordered to pay $500 to the registry of the court for the services of the Federal Defender's Office, by February 16, 2001. A status hearing regarding that payment was previously set for February 27, 2001, at 10:00 a.m. When Braish was transferred from Krome to F.D.C., the receipt for his money ($1,300) was lost or misplaced. With Braish incarcerated in the special housing unit in F.D.C. and only speaking arabic, the coordination to get a replacement receipt, or have the money transferred, has been difficult. Undersigned counsel requests another month so that the coordination of the payment can be effectuated.



WHEREFORE, Mohammad Braish requests that his hearing regarding his CJA payment be continued for approximately one month from February 27, 2001.

                Respectfully submitted,

                KATHLEEN M. WILLIAMS
                FEDERAL PUBLIC DEFENDER

By: *[signature]*

                Samuel J. Smargon
                Assistant
                Federal Public Defender
                Attorney for Defendant
                Florida Bar No. 150230
                101 N.E. Third Avenue, Suite 202
                Fort Lauderdale, Florida 33301
                (954) 356-7436 / 356-7556 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true a copy of the foregoing instrument was mailed this 21st day of February, 2001 to Robert Nicholson, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

*[signature]*
Samuel J. Smargon

2