UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6366-CR-DIMITROULEAS
Magistrate Judge Brown

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MOHAMMED BRAISH,

    Defendant.

_____/

### ORDER

THIS CAUSE having come before the Court on Defendant's Motion to Continue CJA (DE-19)

and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's Motion to Continue CJA Payment Hearing is granted. The hearing is rescheduled to March 30, 2001 at 11:30 AM, if not already determined by the Magistrate Judge.

DONE AND ORDERED at Fort Lauderdale, Florida, this 26 day of February, 2001.

                              WILLIAM P. DIMITROULEAS
                              UNITED STATES DISTRICT JUDGE

cc:    Samuel J. Smargon, AFPD
       Robert Nicholson, AUSA

