UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6366-CR-DIMITROULEAS
Magistrate Judge Brown

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MOHAMMED BRAISH,

    Defendant(s).
_____/

### ORDER

**THIS MATTER** was before the Court upon the Defendant's Motion to Continue CJA Payment Hearing filed on February 21, 2001. This Court being otherwise fully advised in the premises, it is hereby ordered and adjudged that the aforementioned is granted. The hearing is hereby continued to **Tuesday, April 24, 2001 at 10:00 A.M. at the United States District Court, 300 NE 1st Ave., Miami, Florida, Courtroom VIII** .

**DONE AND ORDERED** this 26th day of February, 2001, at Miami, Florida.

U.S. MAGISTRATE JUDGE
STEPHEN T. BROWN

cc: Hon. William P. Dimitrouleas
    Samuel Smargon, AFPD
    Robert Nicholson, AUSA

