# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS



FILED by _____ D.C.
MAR 3 0 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6366-CR-WPD    DATE: March 30, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Kathryn Gomez    INTERPRETER: Arabic

UNITED STATES OF AMERICA   VS. Mohammed Braish

U.S. ATTORNEY: Robert Nicholson    DEFT. COUNSEL: Wayne Wilcox

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed; Time served, 1 year Supervised Release. No Fine, $100.00 assment. Court orders that $500.00 in Deft's Bank Account be transferred to CJA Fund and that $100.00 be transferred to pay the $100.00 Special Assessment.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft Informed of Right to Appeal.

