UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 00-6366-CR-DIMITROULEAS

    Plaintiff,

vs.

MOHAMMED BRAISH,

    Defendant.

_____/

FILED ___ D.C.
MAY 30 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having come before the Court on a CJA Payment Hearing and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that $500 shall be transferred from Defendant's account to the registry of the court for payment of his court appointed attorney.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 30 day of March, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Samuel J. Smargon, AFPD
Robert Nicholson, AUSA
Honorable Steven Brown
Magistrate Judge
Financial Services

